UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NURSES ASSOCIATION,<br><br>    Plaintiff,<br><br>  v.<br><br>SUTTER EAST BAY HOSPITALS d/b/a ALTA BATES SUMMIT MEDICAL CENTER,<br><br>    Defendants. | Case No. 14-CV-00889 RS<br><br>**ORDER SETTING HEARING**<br><br>**Hearing**<br>Date: February 28, 2014<br>Time: 2:30 p.m.<br>Location: Courtroom 3, 17th Floor |

Based on the application filed by plaintiff, the hearing on plaintiff's motion for a temporary restraining order shall be heard tomorrow, February 28, 2014, at 2:30 p.m. at 450 Golden Gate Avenue, San Francisco. Plaintiff is instructed to serve this order and all accompanying motion papers on defendant by 6 p.m. tonight, February 27, 2014.

IT IS SO ORDERED.


DATED:  2/27/14

_____
Honorable Richard Seeborg
United States District Judge