| | |
|---|---|
| 1 | JANE LAWHON, Bar No. 111783 |
|   | jlawhon@calnurses.org |
| 2 | PAMELA ALLEN, Bar No. 139136 |
|   | pallen@calnurses.org |
| 3 | BRENDAN WHITE, Bar No. 264640 |
|   | bwhite@calnurses.org |
| 4 | CALIFORNIA NURSES ASSOCIATION |
|   | LEGAL DEPARTMENT |
| 5 | 2000 Franklin Street |
|   | Oakland, California 94612 |
| 6 | Telephone:   510.273.2273 |
|   | Facsimile:   510.663.4822 |
| 7 | |
|   | Attorneys for Plaintiff |
| 8 | CALIFORNIA NURSES ASSOCIATION |
| 9 | JOSHUA D. KIENITZ, Bar No. 244903 |
|   | jkienitz@littler.com |
| 10 | ANDREA R. MILANO, Bar No. 278937 |
|    | amilano@littler.com |
| 11 | YVES NGUYEN, Bar No. 281408 |
|    | ynguyen@littler.com |
| 12 | LITTLER MENDELSON, P.C. |
|    | 650 California Street, 20th Floor |
| 13 | San Francisco, California 94108.2693 |
|    | Telephone:   415.433.1940 |
| 14 | Facsimile:   415.399.8490 |
| 15 | Attorneys for Defendant |
|    | SUTTER EAST BAY HOSPITALS d/b/a ALTA |
| 16 | BATES SUMMIT MEDICAL CENTER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NURSES ASSOCIATION, | Case No. 3:14-CV-00889-RS |
| Plaintiff, | **STIPULATED REQUEST TO STAY PROCEEDINGS AND TAKE HEARING ON ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION OFF CALENDAR; [PROPOSED] ORDER** |
| v. | |
| SUTTER EAST BAY HOSPITALS d/b/a ALTA BATES SUMMIT MEDICAL CENTER, | Date:   March 12, 2014 |
| Defendant. | Time:   2:30 p.m. |
| | Judge: Hon. Richard Seeborg |
| | Courtroom: 3, 17th Floor |

STIP RE STAY OF PROCEEDINGS, OSC RE PRELIMINARY INJUNCTION

Case No. 3:14-CV-00889-RS

For the reasons that follow, and based upon the agreement and stipulation memorialized below, the Parties hereby jointly request that this Court issue an order: (1) staying all proceedings in the above-captioned matter; and (2) taking the above-referenced hearing off calendar.

A. **Expedited Arbitration.**

Plaintiff California Nurses Association ("Union") and Defendant Alta Bates Summit Medical Center "Employer") have agreed to arbitrate the Union's January 17, 2014, grievance ("Grievance") on an expedited basis before Arbitrator John Kagel. The arbitration hearing shall commence within 30 days. The details of the expedited arbitration have been expressly agreed upon by the Parties via a separate written agreement.

B. **Withdrawal Of NLRB Charge**

The Union will withdraw the Section 10(j) injunctive relief request from NLRB Charge No. 32-CA-121304. The Union will withdraw and request dismissal of the Charge, without prejudice, in light of the Parties' agreement to arbitrate, on a non-precedential basis, the same claims on the merits.

C. **Status Quo**

The Employer will not take any action to implement the "housewide rebid" process that was scheduled to take effect on March 2, 2014, pending issuance of the award of the parties' selected arbitrator resolving the Union's grievance dated January 17, 2014.

D. **No Preliminary Injunction / No Posting Of Bond**

The Union agrees to withdraw, without prejudice, its request for injunctive relief in the above-captioned matter. In the absence of any request for injunctive relief, the Employer agrees that no bond is necessary pursuant to Federal Rule of Civil Procedure 65(c).

**SO STIPULATED.**

Dated: March 5, 2014

_____
JOSHUA D. KIENITZ
LITTLER MENDELSON, P.C.
Attorneys for Defendant SUTTER EAST BAY
HOSPITALS D/B/A ALTA BATES SUMMIT
MEDICAL CENTER

Dated: March 5, 2014

_____
PAMELA ALLEN
BRENDAN WHITE
CALIFORNIA NURSES ASSOCIATION
Attorneys for Plaintiff

II. [PROPOSED] ORDER

Based on the Parties' agreement and stipulation, and good cause appearing therefor, this Court hereby orders that the hearing scheduled for March 12, 2014, at 2:30 p.m. (*see* Document 18 ["TRO / OSC Order"]), shall be taken off calendar, no preliminary injunction shall issue, and the Parties shall not be required to submit the supplemental briefing discussed in the TRO / OSC Order.

In light of the Parties' foregoing agreement and stipulation, the Court further orders that all proceedings in the above-captioned actions shall be stayed indefinitely and in their entirety. The Parties are ordered to submit a Joint Status Report no later than April 30, 2014, confirming that the expedited arbitration has occurred within the timeframe described above. Defendant's responsive pleading shall be due, if at all, no later than 20 days after this stay of proceedings is lifted.

**SO ORDERED.**

Dated: 3/5/14

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE